IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DANNY K. ANGUS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:12CV821 |
| | ) | |
| ROBERT S. MUELLER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

O R D E R

On August 7, 2012, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections [Doc. 6] to the Recommendation within the time limit prescribed by Section 636.

The Court has reviewed Plaintiff's objections *de novo* and finds they are not persuasive. The United States Magistrate Judge's Recommendation [Doc. 4] is affirmed and adopted in full.

IT IS THEREFORE ORDERED that this action is DISMISSED *sua sponte* without prejudice to Plaintiff filing a new action with payment of the filing fee.

This the 2nd day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE